# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **GARRICK D. CLOPTON,** | } |
| **Plaintiff,** | } |
| v. | } Case No.: 1:18-cv-0003-RDP-TMP |
| **SHERRIF JIMMY KILGORE, et al.,** | } |
| **Defendants.** | } |

## MEMORANDUM OPINION

On August 14, 2018, the magistrate judge entered a Report and Recommendation (Doc. # 12), recommending that Plaintiff's Amended Complaint (Doc. # 8) be dismissed without prejudice.

No objection to the Report and Recommendation has been filed. After careful consideration of the record in this case and the magistrate judge's Report and Recommendation, the court hereby **ADOPTS** the report of the magistrate judge and **ACCEPTS** his recommendations. In accordance with the recommendation, the court finds that Plaintiff's Amended Complaint (Doc. # 8) is due to be **DISMISSED WITHOUT PREJUDICE**. A separate Order will be entered.

The Clerk of Court is DIRECTED to mail a copy of the foregoing to Plaintiff at his address of record.

**DONE** and **ORDERED** this September 4, 2018.

*/s/ R. David Proctor*
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE